UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN LL GILMORE,

Plaintiff,

v. Case No. 25-CV-1968

GINGER B. RANDOLPH, et al.,

Defendants.

---

**DECISION AND ORDER**

---

Plaintiff Kevin Gilmore, who is representing himself, is proceeding on an Eighth Amendment claim against Dr. Ginger Randolph in connection with allegations that she denied a lower bunk restriction for his sickle cell disease on August 16, 2025 at the Racine Correctional Institution, along with an Eighth Amendment claim against Nurse Julie Zebovitz in connection with allegations that she denied medical care for a concussion from his fall off the upper bunk on August 17, 2025 at the Racine Correctional Institution. ECF No. 7 & 11. On August 3, 2025, Defendants filed a motion for partial summary judgment on exhaustion grounds. ECF No. 18. The Court reminded Plaintiff that, under Civil Local Rule 56(b)(2), his response materials were due on September 3, 2026. ECF No. 22. The Court warned Plaintiff that, under Civil Local Rule 56(b)(9), failure to comply with the requirements of Civil Local Rule 56 may result in sanctions up to and including the Court granting Defendants' motion. *Id*. at 2. The September 3 deadline has passed, and Plaintiff did not oppose the motion.

The Court has also reviewed Defendants' motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that they are entitled to partial summary judgment. *See* Fed. R. Civ. P. 56(e)(3). Based on the proposed findings of fact submitted by Defendants and

deemed true by the Court, Plaintiff did not file any inmate complaints against Dr. Randolph in connection with her alleged denial of a lower bunk restriction. ECF Nos. 19 & 20; *see* ECF No. 21-1; *see also* ECF No. 21-2 at 7. As a result, Plaintiff did not exhaust his administrative remedies with respect to his claim against Dr. Randolph and Defendants are therefore entitled to partial summary judgment on that claim. Moreover, pursuant to Civil Local Rule 56(b)(9), the Court finds that Plaintiff's failure to respond to Defendants' motion is sufficient cause for the Court to grant the motion as a sanction for noncompliance with the local rules.

**IT IS THEREFORE ORDERED** that Defendants' motion for partial summary judgment on exhaustion grounds (ECF No. 18) is **GRANTED**; Dr. Randolph and the claim against her are **DISMISSED from the case without prejudice**.

Dated in Milwaukee, Wisconsin this 25th day of September, 2026.

STEPHEN C. DRIES
United States Magistrate Judge